TX-10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re:                          *
JOE ALVIN ANDREWS, SR.          *
                                *
          Debtor(s)             *     Case No.   94-21308-C-7

## MOTION TO PAY FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. §347 (A)

The undersigned trustee reports:

☐ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

☒ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated: 12-20-2010        _Mike Boudloche_
                         Mike Boudloche
                         Chapter 7 Trustee
                         555 N. Carancahua Ste. 600
                         Corpus Christi, TX 78475
                         361/883-5786 FAX 361/883-4381

## CERTIFICATE OF SERVICE

I certify that on this date, I filed a copy of the foregoing Motion, by first class mail, postage prepaid, to the United States Trustee.

Date: 12-20-2010

_____
Mike Boudloche, Trustee

TX-10

## EXHIBIT "A"

PLEASE CHECK ONE:

_____    Small Dividends

  XX     Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| VALLEY HI BANK<br>PO BOX 27066<br>SAN ANTONIO, TX 78227-0066 | 2 | $ 20,822.36 |
| REPUBLIC ACCEPTANCE CORP<br>4800 LAKEWOOD #6A<br>WACO, TX 78714-7792 | 1 | $ 4,135.87 |
|  |  | $ 24,958.23 |

## EXHIBIT "A"

PLEASE CHECK ONE:

_____    Small Dividends

  XX     Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| VALLEY HI BANK<br>PO BOX 27066<br>SAN ANTONIO, TX 78227-0066 | 2 | $ 20,822.36 |
| REPUBLIC ACCEPTANCE CORP<br>4800 LAKEWOOD #6A<br>WACO, TX 78714-7792 | 1 | $ 4,135.87 |
|  |  | $ 24,958.23 |